IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GERALD WATKINS,                    :

    Petitioner,                 :

vs.                                :   CIVIL ACTION 06-00087-BH-B

KENNETH JONES,                     :

    Respondent.                 :


<u>ORDER</u>

After due and proper consideration of all portions of
this file deemed relevant to the issue raised, and there
having been no objections filed, the Report and
Recommendation of the Magistrate Judge made under 28 U.S.C.
§636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It
is **ORDERED** that this action be and is hereby **DISMISSED**
without prejudice for failure to prosecute and to obey the
Court's order.

    **DONE** this 5th day of June, 2006.

                               s/ W. B. Hand
                          SENIOR DISTRICT JUDGE